IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ALEXANDRIA LEE, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION 10-0133-M
:
MICHAEL J. ASTRUE, :
Commission of Social Security, :
:
    Defendant. :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Alexandria Lee.

DONE this 17th day of September, 2010.

                              s/BERT W. MILLING, JR.
                              UNITED STATES MAGISTRATE JUDGE